UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14069-CANNON/MAYNARD

18 U.S.C. §§ 111(a)(1) and (b)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 922(g)(1)

FILED BY _____ D.C.
NOV 17 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - FT. PIERCE

UNITED STATES OF AMERICA

vs.

MARQUES DEON JONES,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Forcibly Assaulting a Federal Officer with the Use of a Deadly Weapon
### (18 U.S.C. §§ 111(a)(1) and (b))

On or about August 15, 2022, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**MARQUES DEON JONES,**

did forcibly assault, resist, oppose, impede, intimidate, or interfere, by means of a deadly or dangerous weapon, Deputy United States Marshal J.B., an officer or employee of the United States Marshals Service, an agency or branch of the United States Government, while he was engaged in or on account of the performance of his official duties, that is, a violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 2
### Forcibly Assaulting a Federal Officer with the Use of a Deadly Weapon
### (18 U.S.C. §§ 111(a)(1) and (b))

On or about August 15, 2022, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**MARQUES DEON JONES,**

did forcibly assault, resist, oppose, impede, intimidate, or interfere, by means of a deadly or dangerous weapon, Deputy United States Marshal G.H., an officer or employee of the United States Marshals Service, an agency or branch of the United States Government, while he was engaged in or on account of the performance of his official duties, that is, a violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 3
### Possession of a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about August 15, 2022, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**MARQUES DEON JONES,**

did knowingly use and carry and brandish a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Sections 111(a)(1) and (b), as charged in Counts 1 and 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 4
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about August 15, 2022, in St. Lucie County, in the Southern District of Florida, the defendant,

**MARQUES DEON JONES,**

knowingly possessed a firearm and ammunition in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MARQUES DEON JONES**, has an interest.

2. Upon conviction of violations of Title 18, United States Code, Sections 922(g), 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. All pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(c), 982(a)(5) and Title 28, United States Code, Section 2461(cc), as well as the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

LUISA HONORA BERTI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARQUES DEON JONES

_____/
Defendant.

CASE NO.: 22-CR-14069-CANNON/MAYNARD

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami
- ☐ FTL
- ☐ Key West
- ☐ WPB
- ☑ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 4 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of 08/15/2022
11. Rule 20 from the              District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
LUISA HONORA BERTI
Assistant United States Attorney
FLA Bar No.    73462

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14069-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

MARQUES DEON JONES,
     Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

           Respectfully submitted,

           JUAN ANTONIO GONZALEZ
           UNITED STATES ATTORNEY

By:   _____

           LUISA HONORA BERTI
           Assistant United States Attorney
           FL Bar No.   73462
           101 South U.S. Highway 1, Suite 3100
           Fort Pierce, Florida 34950
           Tel: 772-293-0982
           Email: Luisa.Berti@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MARQUES DEON JONES

**Case No**: 22-CR-14069-CANNON/MAYNARD

Counts #: 1 - 2

Forcibly Assaulting a Federal Officer with the Use of a Deadly Weapon

18 U.S.C. §§ 111(a)(1) and (b)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 Fine / $100 Special Assessment

Count #: 3

Possession of a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(c)(1)(A)(ii)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 7 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000 Fine / $100 Special Assessment

Count #: 4

Possession of a Firearm and Ammunition by a Convicted Felon

18 U.S.C. § 922(g)(1)

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 Fine / $100 Special Assessment

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**